Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE                     FORM 3

**CORNERSTONE CHEMICAL COMPANY,**

                     **Plaintiff,**

   v.

**UNITED STATES,**

                     **Defendant.**

SUMMONS

Court No. 25-00021

**TO:** The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Cornerstone Chemical Company ("Cornerstone") is a U.S. producer of the domestic like product and therefore an interested party within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(C). Cornerstone participated as the Petitioner in the U.S. International Trade Commission's ("Commission") antidumping duty investigation of melamine from the State of Qatar and has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c) or 2631(i).
(Name and standing of plaintiff)

2. Cornerstone contests the Commission's termination of its antidumping duty investigation of melamine from Qatar as a result of the U.S. Department of Commerce's negative final determination in its antidumping duty investigation of melamine from Qatar. *See Melamine from Qatar; Termination of Investigation,* 89 Fed. Reg. 104,206 (Int'l Trade Comm'n Dec. 20, 2024); *see also Melamine From Qatar: Final Negative Determination of Sales at Less Than Fair Value and Final Negative Determination of Critical Circumstances*, 89 Fed. Reg. 97,592 (Dep't Commerce Dec. 9, 2024). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and 19 U.S.C. § 1516a(a)(2)(B)(ii), and this Court has jurisdiction pursuant to 28 U.S.C. § 1581(c). In the alternative, this Court has jurisdiction pursuant to 28 U.S.C. § 1581(i).
(Brief description of contested determination)

3. The Commission's termination was issued on December 17, 2024.
(Date of determination)

4. <u>The Commission's termination was published in the Federal Register on December 20, 2024.  *Melamine from Qatar; Termination of Investigation,* 89 Fed. Reg. 104,206 (Int'l Trade Comm'n Dec. 20, 2024).</u>
(If applicable, date of publication in Federal Register of notice of contested determination)

        Stephen J. Orava
        Stephen P. Vaughn
        Neal J. Reynolds
        Patrick J. McLain
        Nicholas K. Paster

        KING & SPALDING LLP
        1700 Pennsylvania Avenue, NW
        Washington, DC 20006
        (202) 737-0500
        sorava@kslaw.com

<u>/s/ Stephen J. Orava</u>
Signature of Plaintiff's Attorney

<u>January 17, 2025</u>
Date

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)